**Electronically Filed**
**Supreme Court**
**SCWC-21-0000478**
**17-JAN-2024**
**11:39 AM**
**Dkt. 49 ODMR**

SCWC-21-0000478

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KUMULIPO IWA COYOTE SYLVA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000478; Case No. 2CPC-18-0000240)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, JJ., Circuit Judge
Kawashima in place of Nakayama, J., recused, and Circuit Judge
Nakamoto in place of Wilson, J., recused)

Upon consideration of Respondent/Plaintiff-Appellee

State of Hawai'i's motion for reconsideration, filed January 8,

2024, and the record and files herein,

IT IS HEREBY ORDERED, that the motion is denied.

DATED: Honolulu, Hawai'i, January 17, 2024.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ James S. Kawashima
/s/ Henry T. Nakamoto

